UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JOSEPH LAFERRIERE,                                                **ORDER**

                                    Plaintiff,                    23-cv-2728 (BMC)

            - against -

THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, CONNOR HAY, and JOSHUA KIM,

                                    Defendants.
------------------------------------------------------------------------X

## CONSENT TO HAVE A JURY SELECTION PROCEED BEFORE A
## UNITED STATES MAGISTRATE JUDGE

The United States District Judge who will preside at my trial has asked whether I will agree that a United States Magistrate Judge may preside over the selection of the jury that will decide my case.

The assigned United States Magistrate Judge has explained to me that, while I have a right to have a United States District Judge preside over the selection of the jury that will decide my case, I may consent to have my jury selection proceed before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will preside over my jury selection.

After having discussed this matter fully with my counsel, I hereby waive my right to have my jury selection proceed before a United States District Judge and I consent to have my jury selection proceed before a United States Magistrate Judge.

Dated: January 29, 2024


By: _____          _____
         Attorney for Plaintiff                              Attorney for the Defendants