```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
    JOSEPH LAFERRIERRE,                    :
                                           :
                                           :
                      Plaintiff,           :   23-cv-2728 (BMC)
                                           :
          - against -                      :
                                           :
    THE PORT AUTHORITY OF NEW YORK         :
    AND NEW JERSEY, CONNOR HAY, AND        :
    JOSHUA KIM,                            :
                                           :
                      Defendants.          :
                                           :
                                           :
----------------------------------------------------------X
```

**VERDICT FORM**

1

**Instructions**: Please read and answer the questions below, beginning with Question 1. After you have answered each question, follow the instructions that correspond to your answer.

## PLAINTIFF'S CLAIMS

### Plaintiff's Claim Against Connor Hay

1. **Has plaintiff proven his claim for false arrest under Section 1983 against Connor Hay?**

    Yes \_\_\_\_

    No   **X**

*Please proceed to Question 2.*

2. **Has plaintiff proven his claim for malicious prosecution under Section 1983 against Connor Hay?**

    Yes \_\_\_\_

    No   **X**

*Please proceed to Question 3.*

3. **Has plaintiff proven his claim for denial of a right to a fair trial under Section 1983 against Connor Hay?**

    Yes   **X**

    No \_\_\_\_

*Please proceed to Question 4.*

4. **Has plaintiff proven his claim for false arrest under state law against Connor Hay?**

    Yes \_\_\_\_

    No   **X**

*Please proceed to Question 5.*

5. **Has plaintiff proven his claim for malicious prosecution under state law against Connor Hay?**

    Yes \_\_\_\_

    No   **X**

*Please proceed to Question 6.*

2

## Plaintiff's Claims Against Joshua Kim

6. Has plaintiff proven his claim for false arrest under Section 1983 against Joshua Kim?

   Yes _____

   No  __X__

*Please proceed to Question 7.*

7. Has plaintiff proven his claim for false arrest under state law against Joshua Kim?

   Yes _____

   No  __X__

*Please proceed to Question 8.*

## Plaintiff's Claims Against the Port Authority Police Department

8. Has plaintiff proven his claim for false arrest under state law against the Port Authority?

   Yes _____

   No  __X__

*Please proceed to Question 9.*

9. Has plaintiff proven his claim for malicious prosecution under state law against the Port Authority?

   Yes _____

   No  __X__

*If you answered YES to any of the above questions, please proceed to Question 10. If you answered NO to all of the above questions (1 through 9), you must skip the "Damages" section and proceed to the "Attestation" section.*

## DAMAGES

<u>Compensatory Damages</u>

10. *Answer only if you answered YES to Questions 1, 2, 3, 4, or 5*: **What is the dollar amount of compensatory damages, if any, plaintiff is entitled to receive from Connor Hay?**

$ __15,000__

*Please proceed to Question 11.*

11. *Answer only if you answered YES to Questions 6 or 7*: **What is the dollar amount of compensatory damages, if any, plaintiff is entitled to receive from Joshua Kim?**

$ __0__

*Please proceed to Question 12.*

<u>Total Compensatory Damages</u>

12. **Being mindful of not awarding damages that result in double or multiple recovery for the same injury, what is the total amount of compensatory damages, if any, plaintiff is entitled to receive from all defendants in light of your answers to the previous two questions?**

$ __15,000__

## ATTESTATION

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

I attest that the foregoing accurately reflects the jury's decision.


Foreperson

Dated: February __5__, 2024

*You are finished. Please provide this completed form in a sealed envelope to the Court Security Officer.*