AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Joseph Laferriere <br> *Plaintiff* <br> v. <br> The Port Authority of New York and New Jersey et al <br> *Defendant* | Civil Action No. 1:23-cv-02728-BMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff is entitled to receive from defendant Connor Hay a total amount of compensatory damages in the amount of $15,000.

This action was *(check one)*:

☒ tried by a jury with Judge Brian M. Cogan presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 2/21/2024

Brenna B. Mahoney
*CLERK OF COURT*

s/ Tasha Townsend
*Signature of Clerk or Deputy Clerk*